#193739

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: _SANDRA JEAN ERICKSON_

Chapter 7 Case No. 08-43425

Please Check One:

☐☒  **Unclaimed Dividends**

☐☐  Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Luxury Media Group<br>7400 Metro Blvd, #385<br>Edina, MN 55439 | 7 | $2100.00 | $65.26 |

Dated: August 4, 2011

/e/Timothy D. Moratzka
Timothy D. Moratzka, Trustee

1431744.1-TDM